JAMES F. COAN, RESPONDENT, v. PUBLIC SERVICE ELECTRIC AND GAS COMPANY, APPELLANT.

Argued October 31, 1928—Decided February 4, 1929.

For the respondent, *James M. Davis.*

For the appellant, *Henry H. Fryling.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Gummere in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, KALISCH, CAMPBELL, VAN BUSKIRK, KAYS, HETFIELD, JJ. 8.

*For reversal*—KATZENBACH, DEAR, JJ. 2.